NO. 07-06-0067-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 13, 2006

_____

EUGENE GRIFFIN,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 140th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-404181; HON. JIM BOB DARNELL, PRESIDING

_____

***ON MOTION TO DISMISS***

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant Eugene Griffin, by and through his attorney, has filed a motion to dismiss this appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice

Do not publish.